IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISHA KINNER, )<br>)<br>v.                    )<br>)<br>GARRISON PORPERTY AND )<br>CASUALTY INSURANCE )<br>COMPANY.           )<br>) | Civil Action No. 2:18-cv-00832<br><br>Magistrate Judge Lisa Pupo Lenihan |

### ORDER

The Court has been advised that this case has settled.  The only matters remaining to be completed are the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a).  It appears that there is no further action required by the court at this time.  Therefore,

**IT IS ORDERED** this 15th day of December, 2019, that the Clerk of Court mark this case **CLOSED**.  Nothing contained in this order shall be considered a dismissal or disposition of this action.  Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

s/Lisa Pupo Lenihan<br>
Lisa Pupo Lenihan<br>
United States Magistrate Judge

cc:   All Counsel of Record.