IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISHA KINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:18-cv-00832-AJS |
| | ) |
| GARRISON PROPERTY AND | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION FOR DISCONTINUANCE

AND NOW, comes Plaintiff, ALISHA KINNER and Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, by and through their undersigned counsel, and herein stipulate and agree that all of Plaintiff's claims in this case against Defendant are discontinued.

Respectfully submitted,

**SIMON & SIMON, P.C.**

By: *s/ Marc I. Simon*
　　Marc I. Simon, Esquire
　　marcsimon@gosimon.com
　　1818 Market Street, Suite 2000
　　Pittsburgh, PA 19102
　　215-467-4666 / 267-639-9006 Fax

　　Counsel for Plaintiff, Alisha Kinner

**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**

By: *s/ Patricia A. Monahan*
　　Patricia A. Monahan, Esquire
　　PA ID #58784
　　pamonahan@mdwcg.com
　　Union Trust Building
　　501 Grant Street, Suite 700
　　Pittsburgh, PA 15219
　　412-803-1151 / 412-803-1188 Fax

　　Counsel for Garrison Property and Casualty
　　Insurance Company

LEGAL/127051014.v1